UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-22311

SECURITIES AND EXCHANGE COMMISSION,

                              **Plaintiff,**

v.

E*HEDGE SECURTIES, INC., and
DEVON W. PARKS,

                              **Defendants.**
_____/

**ORDER GRANTING SEC'S MOTION FOR A DEFAULT JUDGMENT FOR
PERMANENT INJUNCTION AGAINST E*HEDGE SECURITIES, INC.**

This cause comes before the Court upon motion by Plaintiff Securities and Exchange Commission ("SEC") for entry of a Default Judgment ordering that Defendant E*Hedge Securities ("E*Hedge") be enjoined from further violations of the securities laws.

E*Hedge was served with a copy of the Amended Complaint and summons by service upon Florida's Secretary of State on August 21, 2020 but has failed to answer or otherwise respond to the Amended Complaint. On August 29, 2020, the Clerk of Court for the U.S. Southern District of Florida entered a Clerk's Default against E*Hedge. (D.E. 24). Following a review of the SEC's Amended Complaint, Motion for Default Judgment, and the exhibits filed in support thereof, the Court finds that the SEC has made a sufficient showing in support of the relief granted herein by presenting: i) a _prima facie_ case of securities laws violations by Defendants, and ii) a reasonable likelihood that Defendants will continue to violate the securities laws by failing to allow the SEC to examine E*Hedge's books and records and by failing to produce copies of certain legally-required documents as required by Section 204 of the Investment Advisers Act of 1940 ("Advisers Act"), 15 U.S.C. § 80b-4. The Court also finds that E*Hedge is violating Section 203A of the Advisers Act by

being registered with the Commission as an adviser when E*Hedge is statutorily prohibited from doing so.  Thus,

## I.

## VIOLATION OF SECTION 204 OF THE ADVISERS ACT

**IT IS HEREBY ORDERED** that, Defendant E*Hedge and its directors, officers, agents, servants, employees, and those persons in active concert or participation with them, and each of them, are hereby restrained and enjoined from, directly or indirectly, violating Section 204 of the Investment Advisers Act of 1940 [15 U.S.C. § 80b-4], by failing to furnish to the SEC copies of E*Hedge's records that are required by SEC rule to be kept, and by failing to make all of E*Hedge's records subject at any time, or from time to time, to such reasonable periodic, special, or other examinations by representatives of the SEC as the SEC deems necessary or appropriate in the public interest or for the protection of investors.

## II.

## VIOLATION OF SECTION 203A OF THE ADVISERS ACT

**IT IS HEREBY FURTHER ORDERED** that, Defendant E*Hedge and its directors, officers, agents, servants, employees, and those persons in active concert or participation with them, and each of them, are hereby restrained and enjoined from, directly or indirectly, violating of Section 203A of the Investment Advisers Act of 1940 [15 U.S.C. § 80b-3a], by E*Hedge being registered with the SEC while it is statutorily prohibited from doing so.

## III.

## RETENTION OF JURISDICTION

**IT IS HEREBY FURTHER ORDERED** that this Court will retain jurisdiction over this matter and Defendant E*Hedge in order to implement and carry out the terms of all Orders and Decrees that may be entered and/or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and will order other relief that this Court deems appropriate under the circumstances.

The Court ORDERS AND ADJUDGES that the Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in chambers at Miami, Florida, this _9th_ day of March 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE