UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 1:20-cv-22311-UU

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

E*HEDGE SECURITIES, INC.,
AND DEVON W. PARKS,

Defendants.
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL OF CLAIMS FOR CIVIL PENALTY AGAINST E*HEDGE SECURITIES, INC.

Plaintiff Securities and Exchange Commission, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, files this Notice of Dismissal as to the Commission's civil penalty claims against Defendant E*Hedge Securities, Inc.

Dated:  November 30, 2022                    Respectfully submitted,

                                             By:    s/Alise Johnson
                                                    **Alise Johnson, Esq.**
                                                    Senior Trial Counsel
                                                    Florida Bar No. 0003270
                                                    Direct Dial:  (305) 982-6385
                                                    Email: johnsonali@sec.gov
                                                    *Lead Attorney To Be Noticed*

                                                    ATTORNEY FOR PLAINTIFF
                                                    SECURITIES AND EXCHANGE COMMISSION
                                                    801 Brickell Avenue, Suite 1950
                                                    Miami, Florida 33131
                                                    Telephone: (305) 982-6300
                                                    Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Alise Johnson
Alise Johnson, Esq.
