UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-22311-ALTONAGA/Damian

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,
vs.

E*HEDGE SECURTIES, INC.,
*et al.*,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
ENTERING A CIVIL PENALTY AGAINST DEVON W. PARKS**

This cause comes before the Court on Plaintiff, Securities and Exchange Commission's Motion for Default Judgment Entering a Civil Penalty Against Defendant, Devon W. Parks [ECF No. 30], filed on November 30, 2022.

Parks was served with a copy of the Amended Complaint [ECF No. 15] and summons by service upon Florida's Secretary of State on August 21, 2020. (*See* Return of Service [ECF No. 21]). Parks failed to answer or otherwise respond. On September 29, 2020, a Clerk's Default [ECF No. 24] was entered against Parks.

The SEC then filed its first Motion for Entry of Default Judgment Against Defendant Devon Parks [ECF No. 25] on October 16, 2020, seeking permanent injunctive relief against Parks. (*See id.* 1). On October 20, 2020, the SEC also filed a Motion for Entry of Default Judgment Against Defendant E*Hedge Securities, Inc. [ECF No. 27], requesting similar relief against E*Hedge. (*See id.* 1). The Court granted those motions on March 9, 2021 in two separate Orders. (*See* Order Granting Default J. for Permanent Inj. Against Devon W. Parks [ECF No. 28]; Order Granting Default J. for Permanent Inj. Against E*Hedge Securities, Inc. [ECF No. 29]). The Court

Case No. 1:20-cv-22311-ALTONAGA/Damian

retained jurisdiction to entertain an application for additional relief, including monetary remedies. (*See* Order Granting Default J. for Permanent Inj. Against Devon W. Parks 3).

Having reviewed the Motion, the Court finds that the SEC has made a sufficient showing in support of the relief requested. Accordingly, it is

**ORDERED AND ADJUDGED** that the SEC's Motion for Default Judgment Entering a Civil Penalty Against Defendant, Devon W. Parks **[ECF No. 30]** is **GRANTED** as follows:

Parks is liable to pay a civil penalty in the amount of $25,000 pursuant to section 209(e) of the Advisers Act, 15 U.S.C. section 80b-9(e). Parks shall make this payment within thirty (30) days after entry of this Judgment.

Parks may transmit payment electronically to the SEC, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC's website at http://www.sec.gov/about/offices/ofm.htm. Parks may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

>Enterprise Services Center
>Accounts Receivable Branch
>6500 South MacArthur Boulevard
>Oklahoma City, OK 73169.

The payment shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; E*Hedge Securities and Devon Parks as Defendants in this action; and specifying that payment is made pursuant to this Default Judgment.

Parks shall simultaneously transmit photocopies of evidence of payment and case identifying information to the SEC's counsel in this action. By making this payment, Parks relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendants. The SEC shall send the funds paid pursuant to this Judgment to the United States Treasury.

Case No. 1:20-cv-22311-ALTONAGA/Damian

The SEC may enforce the Court's judgment for penalties using all collection procedures authorized by law, including the Federal Debt Collection Procedures Act, 28 U.S.C. section 3001 *et seq.*, and moving for civil contempt for the violation of any Court orders issued in this action. Parks shall pay post judgment interest on any amounts due after 30 days of the entry of this Judgment pursuant to 28 U.S.C. section 1961.

**IT IS FURTHER ORDERED AND ADJUDGED** that, solely for purposes of exceptions to discharge set forth in section 523 of the Bankruptcy Code, 11 U.S.C. section 523, the allegations in the complaint are true, and further, any debt for civil penalty or other amounts due by Parks under this Judgment is a debt for the violation by him of the federal securities laws or any regulation or order issued under such laws, as set forth in section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. section 523(a)(19).

The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 20th day of December, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record